**Appeals Dismissed and Memorandum Opinion filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00742-CV
## NO. 14-18-00743-CV

## IN THE INTEREST OF D.W. JR, A CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause Nos. 2017-48742 & 2017-48742A**

# M E M O R A N D U M    O P I N I O N

These accelerated appeals arise from final decrees in suits in which termination of the parent-child relationship was at issue. *See* Tex. Fam. Code Ann. § 109.002(a-1) (West 2014 & Supp. 2018). The appellant in each appeal is the Texas Department of Family and Protective Services (the Department).

The Department's brief was due October 11, 2018. We extended the due date to November 12, 2018, on the Department's motion. We noted that no further extensions would be granted absent extraordinary circumstances. No brief or motion for extension of time to file the brief was filed.

On November 13, 2018, the court ordered the Department to filed a brief by November 26, 2018. We cautioned that if the Department failed to comply with our order, we would dismiss the appeals for want of prosecution. *See* Tex. R. App. P. 42.3(b). No brief or motion for extension of time to file the brief was filed.

Therefore, the appeals are **DISMISSED**.


PER CURIAM


Panel consists of Justices Busby, Brown, and Wise.